# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: LAURIE BUCHAN SERAFINO    : No. 37 WM 2015
MOTION FOR EXTENSION PURSUANT   :
TO RULE 311                         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 20th day of August, 2015, the Petition for Review is **GRANTED**,

**IN PART**. In order to afford Laurie Buchan Serafino time to seek full admission to the

Pennsylvania bar, her temporary admission, per Pa.B.A.R. 311, is extended until

October 31, 2016.